THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MADISON BREANNA DENAY MITCHELL,<br><br>               Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION**<br><br>Case No. 4:21-cr-00075-DN<br><br>District Judge David Nuffer |

Defendant Madison Mitchell ("Mitchell") filed a letter which is construed to be a motion seeking early termination of supervision ("Motion").[1] The United States Probation Office for the District of Utah filed its Report on Person Under Supervision ("Probation Report"),[2] and the government filed United States' Opposition to Motion for Early Termination of Supervised Release ("Opposition").[3]

Mitchell started supervision in July 2022, which is scheduled to terminate in July 2026.[4] Except for one issue in September 2022, Mitchell has been compliant with her supervision, completed significant drug treatment, maintained a stable residence, obtained gainful employment, worked towards getting her GED, and become a mother to a daughter.[5] As the government points out in the Opposition, Mitchell's efforts to date are commendable.[6]

---

[1] Docket no. 60, filed April 25, 2024.

[2] Docket no. 61, filed April 25, 2024.

[3] Docket no. 63, filed May 9, 2024.

[4] Probation Report at 1.

[5] Probation Report at 1; Motion at 1.

[6] Opposition at 2.

However, it is in the interests of justice that Mitchell remains on supervision. The underlying facts in this case are serious and Mitchell previously had a lengthy history of substance abuse that started at a very early age. Continued supervision will help Mitchell as she continues a path of sobriety and positive change. The plea agreement in this case included concessions from the government to reduce the term of imprisonment in exchange for 36 months of supervised release.[7] At sentencing, the term of supervision was increased to 48 months based on the circumstances of Mitchell's case.[8] Accordingly, it is in the interests of justice that Mitchell continue on supervision and the Motion is DENIED at this time.

Mitchell is commended for her progress and is encouraged to continue her efforts and progress. Mitchell may file another motion to terminate her supervision in July 2025.

## ORDER

IT IS HEREBY ORDERED that the Motion[9] is DENIED.

Signed October 3, 2024.

BY THE COURT

David Nuffer
United States District Judge

---

[7] Opposition at 3.

[8] Judgment, docket no. 44, filed July 14, 2022.

[9] Docket no. 60, filed April 25, 2024.